10 JAN 19 PM 12:33

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: '10 MJ 8047 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | 21 U.S.C. § 952 and 960 |
| Martin Alejandro LUQUIN-Estavillo, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about January 18, 2010, within the Southern District of California, defendant Martin Alejandro LUQUIN-Estavillo, did knowingly and intentionally import approximately 0.43 kilograms (1.012 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Brett William, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF JANUARY 2010.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

DOA 1/18/10

UNITED STATES OF AMERICA
v.
Martin Alejandro LUQUIN-Estavillo

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Joshua Williams-Como.

On January 18, 2010, at approximately 1911 hours, Customs and Border Protection Officer (CBPO) M. Gonzalez was conducting a pedestrian pre-primary operation with CPBO D. Ragsdale at the Calexico, California West Port of Entry, when CEO D. Ragsdale's Human and Narcotic Detector Dog (HNDD) alerted to a male pedestrian, later identified by his valid United States Passport as Martin Alejandro LUQUIN-Estavillo (LUQUIN).

LUQUIN gave a negative oral Customs declaration and stated he was returning home to Imperial, California. LUQUIN also voluntarily stated he smokes marijuana. CBPO Gonzalez escorted LUQUIN to the pedestrian secondary office where he voluntarily admitted he was in possession of methamphetamine. CBPO Gonzalez performed an approved pat-down and discovered one plastic container duct-taped to LUQUIN's left inner thigh area.

The plastic container was discovered to contain a white crystalline substance that field tested positive for the presence of methamphetamine. The plastic container contained an approximate weight of 0.43 kilograms (1.012 pounds) of methamphetamine.

Special Agent J. Williams-Como advised LUQUIN of his Miranda rights which he acknowledged and waived agreeing to answer questions without the presence of an attorney.

LUQUIN admitted to knowledge of methamphetamine hidden on his person. LUQUIN stated he had been offered $250.00 by an acquaintance in Mexicali, Mexico, to carry the methamphetamine across the United States border. LUQUIN stated he was to be contacted by an individual in Calexico who would meet him outside the Greyhound station to collect the methamphetamine.

LUQUIN stated this was his first time he attempted to smuggle narcotics into the United States. LUQUIN stated he knew it was illegal to smuggle narcotics, but needed the money to pay his phone bills and to party.